UNITED STATES BANKRUPTCY COURT
NORTHERN, DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

CASE NO. 10-40948-KKS
CHAPTER 13

ERIC BURTON GOFF
CHRISTINA B. GOFF

        Debtor(s)                      /
_____

CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS

COMES NOW, LEIGH D. HART, Chapter 13 Trustee, by and

through her undersigned attorneys, and hereby files this

Notice of Payment of Unclaimed Funds, and in support

thereof hereby states:

1.   The Trustee has issued check(s) FOR: DAX A. JORDAN

which remains outstanding and uncleared.

2.   The Trustee has placed a Stop Payment Order with

the bank on the check(s).

3.   The Trustee is required to remit the funds to the

Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 493121 in the amount of $2,935.41 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
     OFFICE OF THE CHAPTER 13 TRUSTEE
     POST OFFICE BOX 646
     TALLAHASSEE, FL 32302
     ldhecf@earthlink.net
     (850) 681-2734 "Telephone"
     (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

ERIC BURTON GOFF
3458 LAKESHORE DRIVE
TALLAHASSEE, FL 32312

CHRISTINA B. GOFF
3458 LAKESHORE DRIVE
TALLAHASSEE, FL 32312

AND

KATHRYN A. HATHAWAY, ESQUIRE
HATHAWAY LAW FIRM
P.O. BOX 3005
TALLAHASSEE, FL 32315

DAX A. JORDAN
EDWARDS & RAGATZ, P.A.
501 RIVERSIDE AVE.STE 601
JACKSONVILLE, FL 32202

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
     OFFICE OF CHAPTER 13 TRUSTEE

February 27, 2015